RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
WILLIAM CARRICO
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
William_Carrico@fd.org

Attorney for DEVIN JUSTIN MILLER

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>DEVIN JUSTIN MILLER,<br><br>            Defendant. | Case No. 14-cr-263-GMN<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

   IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and CRISTINA SILVA, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and WILLIAM CARRICO, Assistant Federal Public Defender, counsel for DEVIN JUSTIN MILLER, that the Sentencing Hearing currently scheduled on January 21, 2016, be vacated and continued to a date and time convenient to the Court, but no earlier than thirty (30) days.

   This Stipulation is entered into for the following reasons:

   1.   *Due to a delay in Mr. Miller's receipt of the Presentence Investigation Report, the joint review and consultation between Mr. Miller and his counsel was likewise delayed. Therefore, counsel is requesting additional time to submit the Defendant's informal objections to the Probation Office, and to give them sufficient time to respond before the Report is*

*submitted to the Court. In addition,* Counsel for the defendant *may need* additional time to gather pertinent mitigation information prior to sentencing.

    2.    The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to complete his preparation for sentencing.

    3.    The defendant is in custody and agrees with the need for the continuance.

    4.    The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 20th day of January, 2016.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
|     */s/ William Carrico*<br>By_____<br>WILLIAM CARRICO<br>Assistant Federal Public Defender |     */s/ Cristina Silva*<br>By_____<br>CRISTINA SILVA<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>DEVIN JUSTIN MILLER,<br><br>      Defendant. | Case No. 14-cr-263-GMN<br><br>**ORDER** |

      IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled January 21, 2016, at 10:30 a.m., be vacated and continued to February 25, 2016, at 11:30 a.m.

      DATED this __20__ day of January, 2016.

_____
UNITED STATES DISTRICT JUDGE

3